UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of the Petition for Disciplinary Action against Ryan S. McLaughlin, a Minnesota Attorney, Registration No. 394780. | 23-mc-112 PJS<br><br>**ORDER OF SUSPENSION** |

Local Rule 83.5 of this Court requires admission to practice before the Minnesota Supreme Court as a prerequisite to admission. By an order of the Minnesota Supreme Court, filed on November 22, 2023, Ryan S. McLaughlin, 7595 Currell Boulevard #25922, St. Paul, MN 55125 who had been admitted as an attorney and counselor at law, licensed to practice in all the courts in the State of Minnesota, has been suspended from the practice of law before the courts of the State of Minnesota, effective December 6, 2023.

Ryan S. McLaughlin has been admitted to practice as an attorney in this Court and **IT IS THEREFORE ORDERED**, pursuant to Local Rule 83.6(d) of this Court that Ryan S. McLaughlin, be and is hereby automatically suspended from the practice of law, effective December 6, 2023, and shall be ineligible to practice law before this Court during the same period that he is prohibited from practicing law by the Minnesota Supreme Court. Ryan S. McLaughlin must notify each client being represented before this Court as of November 22, 2023 of his suspension.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall serve this Order upon Ryan S. McLaughlin by mail and file proof of such service. This Order shall serve as the notice of reciprocal discipline that is to be provided by the Clerk of Court pursuant to Local Rule 83.6(i)(1). The Clerk of this Court is further directed to disable Ryan S.

McLaughlin's ECF account on the effective date of his suspension so that he will be unable to file in any case, but that he will continue to receive notices of electronic filings (NEFs) in his cases at this email address: **mclaughlinlawllc@gmail.com.**  Ryan S. McLaughlin must immediately notify the Clerk in writing if a different email address should be used for noticing purposes in ECF.  Ryan S. McLaughlin must continue to notify his clients about the status of their cases in this Court until the client obtains other counsel or the client has made a clear intention to proceed *pro se*.

DATED: November 28, 2023  
at Minneapolis, Minnesota.

s/Patrick J. Schiltz  
PATRICK J. SCHILTZ  
Chief Judge  
United States District Court
