STATE OF MINNESOTA

IN SUPREME COURT

A23-1056

FILED
November 22, 2023
OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Ryan S. McLaughlin, a Minnesota Attorney,
Registration No. 0394780.

O R D E R

The Director of the Office of Lawyers Professional Responsibility filed a petition for disciplinary action alleging that respondent Ryan S. McLaughlin committed professional misconduct warranting public discipline—namely, respondent misappropriated client funds, failed to safeguard client funds, failed to properly maintain trust account books and records, and commingled client and personal funds. *See* Minn. R. Prof. Conduct 1.15(a), 1.15(c)(3), 1.15(c)(5), 1.15(h), as interpreted by Appendix 1, and 8.4(c). In addition, while representing a client, respondent made misrepresentations to the court and made misrepresentations and misleading statements to, and failed to communicate adequately with, the client. *See* Minn. R. Prof. Conduct 1.4(a)(3), 1.4(a)(5), 1.4(b), 3.3(a)(1), 4.1, 8.4(c), and 8.4(d). Then, respondent made misrepresentations during the disciplinary investigation of that matter. *See* Minn. R. Prof. Conduct 8.1(a), 8.4(c), and 8.4(d), and Rule 25, Rules on Lawyers Professional Responsibility (RLPR). Finally, respondent made misleading communications about his services. *See* Minn. R. Prof. Conduct 7.1.

The parties entered into a stipulation for discipline. In it, respondent waives his rights pursuant to Rule 14, RLPR, and unconditionally admits the allegations of the petition. The parties recommend that the appropriate discipline is a 24-month suspension.

The Director submitted a short memorandum explaining the basis for the parties' stipulation and indicating that several mitigating factors are present.

We have independently reviewed the file and approve the jointly recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Respondent Ryan S. McLaughlin is indefinitely suspended from the practice of law, effective 14 days from the date of this order, with no right to petition for reinstatement for 24 months.

2. Respondent may petition for reinstatement pursuant to Rule 18(a)–(d), RLPR. Reinstatement is conditioned on:

(a) successful completion of the written examination required for admission to the practice of law by the Minnesota State Board of Law Examiners on the subject of professional responsibility, *see* Rule 18(e)(2), RLPR; *see also* Rule 4.A.(5), Rules for Admission to the Bar (requiring evidence that an applicant has successfully completed the Multistate Professional Responsibility Examination); and

(b) satisfaction of continuing legal education requirements, *see* Rule 18(e)(4), RLPR.

3. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals), and shall pay $900 in costs pursuant to Rule 24(a), RLPR.

Dated: November 22, 2023

BY THE COURT:

Margaret H. Chutich
Associate Justice